

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-10-2011

# Gad Demandstein v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 10-1230

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"Gad Demandstein v. Atty Gen USA" (2011). *2011 Decisions.* Paper 1177.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/1177

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

March 22, 2011

No. <u>10-1230</u>

GAD DEMANDSTEIN,
                                        Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES,
                                                    Respondent
(Agency No. A071-875-923)

Present:  FUENTES, VANASKIE and NYGAARD, <u>Circuit Judges</u>

Motion by Respondent to Publish Opinion Dated 02/24/11.

                                        Respectfully,
                                        Clerk/tmk

_____ORDER_____

The foregoing motion is granted.

                        By the Court,

                        <u>/s/  Julio M. Fuentes</u>
                        Circuit Judge

Dated:   May 10, 2011
tmk/cc: Lauren Anselowitz, Esq.
        Robert Frank, Esq.
        John C. Cunningham, I, Esq.
        Don G. Scroggin, Esq.